MARIE R. CALLAHAN, by Her Guardian ad Litem, etc., Respondent, v. HANZ KOHN and Another, Appellants.— Judgment and order reversed on the facts, and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs

of this appeal to either party. All concur. Present — Sears, P. J., Crouch Taylor, Edgcomb and Crosby, JJ.